AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

ALISHA DEPASQUALE, et al., )
Plaintiff )
v. )  Civil Action No. 2:20-cv-5370
NATIONWIDE MUTUAL INSURANCE COMPANY, )
Defendant )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (check one):

☐ the plaintiff (name) _____ recover from the defendant (name) _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (name) _____ recover costs from the plaintiff (name) _____.

☑ other: The Court grants Defendant Nationwide's Motion to Dismiss. This action is hereby dismissed.

This action was (check one):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 5/6/2021

CLERK OF COURT

*Theresa J. B...*
Signature of Clerk or Deputy